UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VERONDA SMITHERMAN,** | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CASE NO. 4:18-cv-02759 |
| | § § | |
| **SCOTT & ASSOCIATES PC; AND MIDLAND FUNDING LLC,** | § § § | |
| *Defendants.* | § § | |

### DEFENDANT SCOTT & ASSOCIATES, PC'S UNOPPOSED MOTION TO DISBURSE FUNDS FROM THE COURT'S REGISTRY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Scott & Associates, PC ("Defendant"), and files this Motion to Disburse Funds from the Court's Registry, and will show onto this Court as follows:

**I.**

1. Defendant previously requested leave from this court to interplead $20,000.00 into the Court's registry. Doc. 23.

2. The Court granted Defendant's request on December 10, 2018. Doc. 24.

3. The check for the funds was delivered to the Clerk for the Southern District of Texas on December 12, 2018.

4. The funds were interpleaded into the Court's registry.

5. This case was now been resolved between the Parties.

6. Subject to Federal Rule 67 and 28 U.S.C. § 2042, Defendant now requests this Court enter an order disbursing the funds previously interpleaded into the Court's registry. Defendant requests

that the funds be disbursed back to Defendant Scott & Associates, PC, in care of its attorneys, Malone Frost Martin PLLC.

WHEREFORE, PREMISES CONSIDERED, Defendant Scott & Associates, PC, respectfully requests that this Court grant this Motion to Disburse Funds from the Court's Registry, and requests that this Court issue an order for the disbursement of the $20,000.00 previously interplead with the Court by Defendant, in accordance with the attached proposed order.

Dated: July 29, 2019.                             Respectfully submitted,

**MALONE FROST MARTIN PLLC**

*/s/ Robbie Malone*
ROBBIE MALONE
Texas State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mamlaw.com
**MALONE FROST MARTIN PLLC**
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630 | FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT SCOTT & ASSOCIATES, PC***

### CERTIFICATE OF CONFERENCE

Defendant Scott & Associates, PC, counsel conferred with all other parties and they are unopposed.

*/s/ Robbie Malone*
ROBBIE MALONE

**[CERTIFICATE OF SERVICE ON NEXT PAGE]**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this *Joint Notice of Settlement* has been forwarded via **CM/ECF** and **EMAIL** on this 29th day of July, 2019 to:

**Thomas J Lyons, Jr**
Consumer Justice Center PA
342 E County Rd D
Little Canada, MN 55117
651-770-9707
Fax: 651-770-5830
Email:tommy@consumerjusticecenter.com

**Ashley Kristine Soppet**
Holland and Knight LLP
1100 Louisiana St
Ste 4300
Houston, TX 77002
713-821-7000
Email: kristi.soppet@hklaw.com

**Trista Marie Johnson**
Attorney at Law
1712 N. Frazier Street
Suite 212C
Conroe, TX 77301
936-570-0575
Email: trista@txconsumerlawyer.com

**Cory Eichhorn**
Holland & Knight LLP
701 Brickell Ave
Ste 3300
Miami, FL 33131
Email: cory.eichhorn@hklaw.com

*/s/ Robbie Malone*
ROBBIE MALONE