United States District Court
Southern District of Texas
**ENTERED**
September 04, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VERONDA SMITHERMAN,<br><br>　　　Plaintiff,<br>VS.<br><br>SCOTT & ASSOCIATES PC, *et al*,<br><br>　　　Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:18-CV-2759<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that an amicable settlement has been reached in this action, it is

**ORDERED AND ADJUDGED** that, pursuant to Fed. R. Civ. P. 41(a), this cause is hereby **DISMISSED** on the merits without prejudice to the right of counsel to move for reinstatement of this action within sixty (60) days if settlement is not consummated.

**FURTHERMORE**, the Court shall retain jurisdiction to enforce the settlement agreement in its discretion upon an appropriate motion made within sixty (60) days of this Order. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82, 114 S. Ct. 1673, 1677 (1994); *Bell v. Schexnayder*, 36 F.3d 447, 448-50 (5th Cir. 1994).

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this ____ day of September, 2019, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　**VANESSA D. GILMORE**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**