United States District Court
Southern District of Texas
**ENTERED**
November 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VERONDA SMITHERMAN, § <br> § <br> Plaintiff, § <br> VS. §    CIVIL ACTION NO. 4:18-CV-2759 <br> § <br> SCOTT & ASSOCIATES PC, *et al*, § <br> § <br> Defendants. § | |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**SIGNED** on this 1st day of November, 2019, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**